# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re:    AURORA FRIAS LEE-NELSON | § | Case No. 1:19-bk-10059-VK |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David K. Gottlieb, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $252,280.00                     Assets Exempt:   $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:   $1,127,599.28          Claims Discharged
                                                         Without Payment:   $568,590.36

Total Expenses of Administration:   $277,400.72

---

3) Total gross receipts of $1,405,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,405,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 1,884,312.00 | 1,396,272.66 | 1,064,266.11 | 1,064,266.11 |
| PRIORITY CLAIMS |  |  |  |  |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 272,528.22 | 277,400.72 | 277,400.72 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 569,335.00 | 78,933.53 | 78,933.53 | 63,333.17 |
| **TOTAL DISBURSEMENTS** | **$2,453,647.00** | **$1,747,734.41** | **$1,420,600.36** | **$1,405,000.00** |

     4) This case was originally filed under Chapter 7 on 01/10/2019. The case was pending for 29 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/09/2021      By: /s/ David K. Gottlieb
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| 20118 Via Cellini Porter Ranch CA 91326 Los Angeles | 1110-000 | 1,405,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,405,000.00** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Donoghue | 4110-000 | 0.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| | Seal Rock | 4110-000 | 1,063,526.00 | 1,054,266.11 | 1,054,266.11 | 1,054,266.11 |
| NOTFILED | Christina Ceniza | 4110-000 | 210,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Christopher Donaghue | 4110-000 | 74,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kenny Rojas | 4110-000 | 50,000.00 | 0.00 | 0.00 | 0.00 |
| 00001 | Bank Of America, N.A. | 4210-000 | 67,260.00 | 67,164.48 | 0.00 | 0.00 |
| 00003 | BMW Financial Services NA, LLC | 4210-000 | 0.00 | 54,842.07 | 0.00 | 0.00 |
| 00006 | Leoncio Jaudalso Jr | 4210-000 | 210,000.00 | 210,000.00 | 0.00 | 0.00 |
| NOTFILED | Mercedes Benz Financial Servs | 4210-000 | 38,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TD Auto Finance | 4210-000 | 97,326.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toyota Financial Services | 4210-000 | 35,700.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Dealer Services | 4210-000 | 38,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,884,312.00** | **$1,396,272.66** | **$1,064,266.11** | **$1,064,266.11** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| D. Gottlieb & Associates LLC | 2100-000 | N/A | 65,400.00 | 65,400.00 | 65,400.00 |
| David K. Gottlieb | 2200-000 | N/A | 129.85 | 129.85 | 129.85 |
| Marshack Hays LLP | 3210-000 | N/A | 63,798.50 | 63,798.50 | 63,798.50 |
| Marshack Hays LLP | 3220-000 | N/A | 5,415.84 | 5,415.84 | 5,415.84 |
| Menchaca & Company LLP | 3410-000 | N/A | 3,470.50 | 3,470.50 | 3,470.50 |
| Menchaca & Company LLP | 3420-000 | N/A | 20.45 | 20.45 | 20.45 |
| Ultra Clean Pool and Spa | 2500-000 | N/A | 0.00 | 210.00 | 210.00 |
| Property Management Professionals LLC | 2500-000 | N/A | 275.00 | 275.00 | 275.00 |
| Porter Ranch Maintenance Association | 2500-000 | N/A | 116.20 | 116.20 | 116.20 |
| Best Value Solar Energy Systems | 2500-000 | N/A | 0.00 | 755.00 | 755.00 |
| Dave Slauson | 2500-000 | N/A | 0.00 | 2,902.50 | 2,902.50 |
| Rafi Odabashian | 2500-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| MyNHD Inc | 2500-000 | N/A | 74.95 | 74.95 | 74.95 |
| A&A Escrow Services Inc | 2500-000 | N/A | 3,473.80 | 3,473.80 | 3,473.80 |
| The Renaissance at Porter Ranch | 2500-000 | N/A | 1,009.56 | 1,009.56 | 1,009.56 |
| Accell Property Management, Inc. | 2500-000 | N/A | 195.00 | 195.00 | 195.00 |
|  | 2500-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| First American Title Company | 2500-000 | N/A | 56,923.57 | 56,923.57 | 56,923.57 |
| Citrus Grove Real Estate & Lending | 3510-000 | N/A | 47,418.75 | 47,418.75 | 47,418.75 |
| Coldwell Banker | 3510-000 | N/A | 15,806.25 | 15,806.25 | 15,806.25 |
| Todd Tisdell | 3520-000 | N/A | 0.00 | 377.50 | 377.50 |
| William Friedman | 3520-000 | N/A | 0.00 | 627.50 | 627.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** |  | N/A | **$272,528.22** | **$277,400.72** | **$277,400.72** |

**EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None |  |  |  |  |  |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** |  |  |  |  |  |

**EXHIBIT 6 - PRIORITY UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | | N/A | | |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | U.S. Bank National Association Bankruptcy Department | 7100-000 | 0.00 | 5,118.31 | 5,118.31 | 5,118.31 |
| 00004 | Chase Bank USA, N.A. c/o Robertson, Anschutz & Schneid, P.L. | 7100-000 | 205.00 | 552.70 | 552.70 | 552.70 |
| 00005 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-000 | 6,040.00 | 6,220.90 | 6,220.90 | 6,220.90 |
| 00007 | Basil Sunday Ngene | 7100-000 | 10,100.00 | 10,075.00 | 10,075.00 | 10,075.00 |
| 00008 | Toyota Motor Credit Corporation c/o Becket and Lee LLP | 7200-000 | N/A | 44,325.63 | 44,325.63 | 32,187.02 |
| 00009 | Toyota Motor Credit Corporation c/o Becket and Lee LLP | 7200-000 | N/A | 12,640.99 | 12,640.99 | 9,179.24 |
| NOTFILED | Acura Financial Services | 7100-000 | 83,300.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 4,300.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 19,700.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BMW Bank of North America | 7100-000 | 100,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citi | 7100-000 | 12,750.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Discover Personal Loans | 7100-000 | 17,340.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LT Real Estate Developments LLC | 7100-000 | 210,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Bank | 7100-000 | 83,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Bank | 7100-000 | 5,600.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Bank National Association | 7100-000 | 17,000.00 | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $569,335.00 | $78,933.53 | $78,933.53 | $63,333.17 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Page: 1

ASSET CASES

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
| Case Name: | AURORA FRIAS LEE-NELSON | | Filed (f) or Converted (c): | 01/10/19 (f) |
| | | | §341(a) Meeting Date: | 02/15/19 |
| Period Ending: | 06/09/21 | | Claims Bar Date: | 07/08/19 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 20118 Via Cellini Porter Ranch CA 91326 Los Angeles | 1,400,000.00 | 278,600.00 | | 1,405,000.00 | FA |
| 2 | 2016 Cadillac Escalade Mileage Unknown - Debtor believed that she had traded this car in for another car, but later found out she is still the title owner and she is still being billed for outstanding loan amount. Debtor does not know who has possess<br>No value to estate. Abandon at close. | 44,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2018 Lexus LX570 Mileage 9000 Leased; In possession of Joey Shula<br>Little or no value to estate. Abandon at close. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2018 Mercedes GLC 300W Mileage Unknown - This car was purchased by an unknown person through identity theft of Debtor's credit information. Debtor does not know who has possession of this car<br>No value to estate. Abandon at close. | 31,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2018 Mercedes GLE Mileage Unknown - This car was purchased by an unknown person through identity theft of Debtor's credit information. Debtor does not know who has possession of this car.<br>No value to estate. Abandon at close. | 82,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2017 Toyota RAV4 Mileage 18,000<br>Liens exceed value. Abandon at close. | 24,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2018 Mercedes GLA Mileage 5,000<br>Liens exceed value. Abandon at close. | 27,000.00 | 0.00 | | 0.00 | FA |
| 8 | Furniture, Refrigerator, Washer & Dryer<br>Little or no value to estate. Abandon at close. | 1,300.00 | 0.00 | | 0.00 | FA |
| 9 | Televisions(2), Computers (2 Laptops), Cell Phones<br>Little or no value to estate. Abandon at close. | 1,200.00 | 0.00 | | 0.00 | FA |
| 10 | Everyday clothes<br>Little or no value to estate. Abandon at close. | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Cash<br>Little or no value to estate. Abandon at close. | 80.00 | 0.00 | | 0.00 | FA |
| 12 | Bank of America Checking<br>Little or no value to estate. Abandon at close. | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | US Bank<br>Little or no value to estate. Abandon at close. | 300.00 | 0.00 | | 0.00 | FA |

FORM 1
Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
|---|---|---|---|---|
| Case Name: | AURORA FRIAS LEE-NELSON | | Filed (f) or Converted (c): | 01/10/19 (f) |
| | | | §341(a) Meeting Date: | 02/15/19 |
| Period Ending: | 06/09/21 | | Claims Bar Date: | 07/08/19 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | IRA: Edward Jones<br>Little or no value to estate.  Abandon at close. | 1,400.00 | 0.00 | | 0.00 | FA |
| 15 | Unpaid Loan to Sesiree Melendres Magcalas, 16015 E. Oatfield Ave., Milwaukee, OR 97267<br>Little or no value to estate.  Abandon at close. | 10,000.00 | 0.00 | | 0.00 | FA |
| 16 | Elderly Financial Abuse and Other Claims in Lawsuit Disclosed in Statement of Financial Affairs<br>Little or no value to estate.  Abandon at close. | 25,000.00 | 0.00 | | 0.00 | FA |
| 17 | Computers, Fax Machines, Desk, Chairs<br>Little or no value to estate.  Abandon at close. | 1,000.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$1,652,280.00** | **$278,600.00** | | **$1,405,000.00** | **$0.00** |

**Major activities affecting case closing:**
STATUS AS OF 6/30/2020:

All assets have been fully administered.

Professionals:  Trustee has employed Menchaca & Company LLP as accountants.

Taxes:  Trustee's accountants are currently preparing final estate returns.

Claims:  Trustee's counsel filed an objection to Claim No. 6.  On 3/17/2020 the court granted the objection and disallowed Claim No. 6.

The Trustee has completed his review of all other filed proofs of claim.

The Current Projected TFR Date remains as previously reported as 12/31/2020.


STATUS AS OF 6/30/2019:

This case was commenced on 1/10/19 when the Debtor filed a voluntary bankruptcy petition under Chapter 7 of the Bankruptcy Code.

The Notice of Assets was filed with the Court on 4/4/19.

Professionals:  The Trustee has employed Marshack Hays LLP as general bankruptcy counsel.

Asset # 1:  In her Schedule A, Debtor lists ownership of real property located at 20118 Via Cellini Los Angeles, California 91326 with a scheduled value of $1.4 million ("Property"). Trustee obtained a broker price opinion indicating the property was worth closer to $1.3 million.

Schedule D reflects that the Property is encumbered by the following secured claims:

FORM 1          Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**          Page: 3

- a deed of trust held by Seal Rock to secure a claim of $1,063,526.00 ("Seal Rock Claim");
- a deed of trust held by Mr. Donaghue, to secure a claim of $74,000 ("Donaghue Claim");
- a deed of trust in favor of Leoncio Jaudalso Jr. in the amount of $210,000 [The Trustee now stands in the shoes of this lienholder by operation of default entered on 6/13/19];
- a deed of trust in favor of Kenny Rojas in the amount of $50,000 [The Trustee now stands in the shoes of this lienholder by operation of default entered on 6/11/19] ; and
- a deed of trust in favor of Christina Ceniza and Kenny Rojas in the amount of $210,500 [The Trustee now stands in the shoes of this lienholder by operation of default entered on 6/11/19].

Trustee's investigation has also identified that the Property is also encumbered by a deed of trust in favor of Nicole Ceniza in the amount of $50,000.

On Schedule B, Debtor discloses that she may have legal claims ("Litigation Claims") for "Elderly Financial Abuse and Other Claims in Lawsuit Disclosed in Statement of Financial Affairs." In her Statement of Financial Affairs, Debtor disclosed a lawsuit [Case No PC058775 ("State Court Action"). Thereafter, the State Court Action was removed to the bankruptcy court commencing adversary case no. 1:19-ap-01032-VK ("Adversary"). On April 18, 2019, Trustee filed a stipulation in which Seal Rock was dismissed from the Adversary without prejudice. On the same day, Trustee filed a first amended complaint ("FAC") against Kenny Rojas, Danai Junpram, Christina Ceniza, Nicole Ceniza, and Leoncio Juadalso. Mr. Donaghue was not named as a defendant in the FAC. On June 11, 2019 and June 13, 2019, the clerk entered default against all named defendants in the FAC. On June 15, 2019 a motion seeking entry of default judgments as to all defendants was filed]  which she filed against all entities and individuals with secured liens against the Property including, Seal Rock and Mr. Donaghue, with the nature of the claims being described as "Alleges elderly financial abuse against many defendants, all of whom are listed in the present bankruptcy filing as purported creditors….Complaint for moneys due." Seal Rock and Mr. Donaghue contend that the Litigation Claims lack merit and specifically deny any and all of Debtor's claims. They further have provided evidence that they actually advanced the funds to Debtor that are secured by their deeds of trust.

In light of written documentation provided by Debtor and information uncovered during the course of the Trustee's investigation, the Trustee is in the process of obtaining court approval of an agreement to resolve all issues related to the Seal Rock Claim, Donaghue Claim, and the Litigation Claims in order to avoid the uncertainty, cost, and expense associated with litigation ("Agreement"). The Agreement also provides the Property will be sold with the Estate to receive a portion of the sales proceeds. The recovery to the estate from the Agreement and sale of the Property is estimated to be between $208,800 and $278,600.

The Trustee anticipates being able to file the motion for, and obtain court approval of, the Agreement within the next 30-45 days. The Trustee has already engaged brokers to sell the Property and anticipates being able to file a sale motion within the next 60 days.

Claims: The Trustee has completed a cursory review of claims.  He will complete a more in-depth claims review when the sale of the real property has been completed.

Taxes: The Trustee will hire an accountant to prepare estate returns when sale of the real property has been completed.

Initial Projected TFR Date: 12/31/2020

**Initial Projected Date of Final Report (TFR):** December 31, 2020      **Current Projected Date of Final Report (TFR):** January 07, 2021 (Actual)

| June 09, 2021 | /s/ David K. Gottlieb |
|---|---|
| Date | David K. Gottlieb |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| Case Name: | AURORA FRIAS LEE-NELSON | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******6084 - Checking Account |
| Taxpayer ID#: | **-***2562 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/20 | | A & A Escrow Services Inc | Net Sales Proceeds 20118 Via Cellini, Porter ranch, CA | | 161,818.31 | | 161,818.31 |
| 01/28/20 | Asset #1 | | Gross Sale Proceeds              1,405,000.00 | 1110-000 | | | 161,818.31 |
| 01/28/20 | | | Seller's credit to Buyer for repairs    -7,500.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Acct. Balance as of 1/17/2020 to The Renaissance at Porter Ranch    -1,066.73 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | HOA Transfer Fee to Property Management Professionals LLC    -275.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Payment to Donoghue    -10,000.00 | 4110-000 | | | 161,818.31 |
| 01/28/20 | | | Payment to Dave Slauson re: Final Cleaning Invoice    -45.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Payment to Best Value Solar Energy Systems for Tile Repair    -375.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Payment to Todd Tisdell for Reimbursement of Tile Repair    -187.50 | 3520-000 | | | 161,818.31 |
| 01/28/20 | | | Payment to William Friedman - Reimbursement of Tile Repair    -187.50 | 3520-000 | | | 161,818.31 |

Case 1:19-bk-10059-VK    Doc 160    Filed 06/21/21    Entered 06/21/21 15:54:21    Desc
Main Document    Page 10 of 17

Exhibit 9

**Form 2**

**Cash Receipts and Disbursements Record**

Page: 2

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
|---|---|---|---|---|
| Case Name: | AURORA FRIAS LEE-NELSON | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******6084 - Checking Account |
| Taxpayer ID#: | **-***2562 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/20 | | | Payment to Best Value Solar Energy Systems | -380.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Todd Tisdell for Reimbursement of Solar Panel Removal | -190.00 | 3520-000 | | | 161,818.31 |
| 01/28/20 | | | William Friedman for Reimbursement of Solar Panel Removal | -190.00 | 3520-000 | | | 161,818.31 |
| 01/28/20 | | | William Friedman for Reimbursement of Filter and Cleaning | -250.00 | 3520-000 | | | 161,818.31 |
| 01/28/20 | | | Payment to Ultra Clean Pool and Spa | -210.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | Asset #1 | | Deposit in Possession of Trustee | -39,750.00 | 1110-000 | | | 161,818.31 |
| 01/28/20 | | | Payment to Dave Slauson re: Pool | -2,857.50 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Reimbursement for City Report Application Fee | -72.80 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Payment to Seal Rock | -1,054,266.11 | 4110-000 | | | 161,818.31 |
| 01/28/20 | | | File Archive Fee | -50.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Messenger/FedEx Fees | -62.50 | 2500-000 | | | 161,818.31 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| Case Name: | AURORA FRIAS LEE-NELSON | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******6084 - Checking Account |
| Taxpayer ID#: | **-***2562 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/20 | | | Drawing Documentation Fee | -75.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | 1099 Processing Fee | -75.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Escrow Fee | -2,107.50 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | 2nd 1/2 Taxes 2019 - 2020 | -9,201.00 | 2820-000 | | | 161,818.31 |
| 01/28/20 | | | 1st 1/2 Taxes 2019 - 2020 + Late Fee to Los Angeles County Tax Collector | -10,121.12 | 2820-000 | | | 161,818.31 |
| 01/28/20 | | | Defaulted Taxes good thru Jan. 2020 | -34,437.27 | 2820-000 | | | 161,818.31 |
| 01/28/20 | | | Transfer Tax - City to City of Los Angeles | -6,322.50 | 2820-000 | | | 161,818.31 |
| 01/28/20 | | | Transfer Tax - County of Los Angeles County | -1,545.50 | 2820-000 | | | 161,818.31 |
| 01/28/20 | | | SB2 Recording Fee: Reconveyance by Donoghue | -225.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | SB2 Recording Fee: Reconveyance by Seal Rock | -225.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Recording Full Reconveyance - Donoghue +SB2 | -49.00 | 2500-000 | | | 161,818.31 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 4

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
|---|---|---|---|---|
| Case Name: | AURORA FRIAS LEE-NELSON | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******6084 - Checking Account |
| Taxpayer ID#: | **-***2562 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/20 | | | Recording Full Reconveyance - Seal Rock +SB2 | -49.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Recording Court Order Approving Sale | -35.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Sub Escrow Fee | -62.50 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Owner's Title Insurance | -2,676.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Reimbursement of original Buyer's costs incurred | -1,500.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Reimbursement of updated HOA Demand | -301.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Reimbursement of HOA Doc Fee (Renaissance at Porter Ranch) | -240.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Reimbursement of HOA Doc Fee (Porter Ranch Maintenance Assoc.) | -490.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | NHD Disclosure Report | -74.95 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | Acct. Balance (Nov. 19 - Jan 2020) | -126.00 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | | HOA Transfer Fee | -195.00 | 2500-000 | | | 161,818.31 |

Exhibit 9

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 5

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
| Case Name: | AURORA FRIAS LEE-NELSON | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******6084 - Checking Account |
| Taxpayer ID#: | **-***2562 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/20 | | | Real Estate Commission Charges | -15,806.25 | 3510-000 | | | 161,818.31 |
| 01/28/20 | | | Real Estate Commission Charges | -31,612.50 | 3510-000 | | | 161,818.31 |
| 01/28/20 | | | Real Estate Commission Charges | -15,806.25 | 3510-000 | | | 161,818.31 |
| 01/28/20 | | Porter Ranch Maintenance Association | HOA: Porter Ranch Maintenance Assoc.) at $42.00/monthly from 01/24/2020 to 02/01/2020 | 9.80 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | The Renaissance at Porter Ranch | HOA: Reinassance at Porter Ranch at $245.00/monthly from 01/24/2020 to 02/01/2020 | 57.17 | 2500-000 | | | 161,818.31 |
| 01/28/20 | | First American Title Company | 2nd 1/2 Taxes 2019-2020 at $9,201.00/semi-annually from 01/24/2020 to 07/01/2020 | 8,025.32 | 2820-000 | | | 161,818.31 |
| 01/28/20 | | LEE-NELSON, AURORA FRIAS | From #####6175 To #####6084 | | 9999-000 | 39,750.00 | | 201,568.31 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 6

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| Case Name: | AURORA FRIAS LEE-NELSON | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******6084 - Checking Account |
| Taxpayer ID#: | **-***2562 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/20 | | Signature Bank | Transfer to account ending 8917 | 9999-000 | | 201,568.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 201,568.31 | 201,568.31 | $0.00 |
| | | | Less: Bank Transfers | | 39,750.00 | 201,568.31 | |
| | | | **Subtotal** | | **161,818.31** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$161,818.31** | **$0.00** | |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 7

| Case Number: | 19-10059 VK | Trustee: | David K. Gottlieb |
|---|---|---|---|
| Case Name: | AURORA FRIAS LEE-NELSON | Bank Name: | Texas Capital Bank |
| | | Account: | ******6175 - Seg. Overbid Checking Account |
| Taxpayer ID#: | **-***2562 | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 06/09/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/20 | Asset #1 | Wells Fargo Cashier's Check - Gurbachan Grewal | Overbid deposit Via Celini | 1110-000 | 39,750.00 | | 39,750.00 |
| 01/28/20 | | LEE-NELSON, AURORA FRIAS | From #####6175 To #####6084 | 9999-000 | | 39,750.00 | 0.00 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 39,750.00 | 39,750.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 39,750.00 | |
| **Subtotal** | 39,750.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$39,750.00** | **$0.00** | |

Exhibit 9

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 8

| Case Number: | 19-10059 VK | | Trustee: | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| Case Name: | AURORA FRIAS LEE-NELSON | | Bank Name: | Signature Bank |
| | | | Account: | ******8917 - Checking Account |
| Taxpayer ID#: | **-***2562 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/20 | | Texas Capital Bank | Transfer from account ending 6084 | 9999-000 | 201,568.31 | | 201,568.31 |
| 03/22/21 | 1001 | D. Gottlieb & Associates LLC | Dividend of 100.000000000%. | 2100-000 | | 65,400.00 | 136,168.31 |
| 03/22/21 | 1002 | David K. Gottlieb | Dividend of 100.000000000%. | 2200-000 | | 129.85 | 136,038.46 |
| 03/22/21 | 1003 | Marshack Hays LLP | Dividend of 100.000000000%. | 3210-000 | | 63,798.50 | 72,239.96 |
| 03/22/21 | 1004 | Marshack Hays LLP | Dividend of 100.000000000%. | 3220-000 | | 5,415.84 | 66,824.12 |
| 03/22/21 | 1005 | Menchaca & Company LLP | Dividend of 100.000000000%. | 3410-000 | | 3,470.50 | 63,353.62 |
| 03/22/21 | 1006 | Menchaca & Company LLP | Dividend of 100.000000000%. | 3420-000 | | 20.45 | 63,333.17 |
| 03/22/21 | 1007 | U.S. Bank National Association Bankruptcy Department | Dividend of 100.000000000%, Claim No.00002. | 7100-000 | | 5,118.31 | 58,214.86 |
| 03/22/21 | 1008 | Chase Bank USA, N.A. c/o Robertson, Anschutz & Schneid, P.L. | Dividend of 100.000000000%, Claim No.00004. | 7100-000 | | 552.70 | 57,662.16 |
| 03/22/21 | 1009 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00005. | 7100-000 | | 6,220.90 | 51,441.26 |
| 03/22/21 | 1010 | Basil Sunday Ngene | Dividend of 100.000000000%, Claim No.00007. | 7100-000 | | 10,075.00 | 41,366.26 |
| 03/22/21 | 1011 | Toyota Motor Credit Corporation c/o Becket and Lee LLP | Dividend of 72.614910276%, Claim No.00008. | 7200-000 | | 32,187.02 | 9,179.24 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 9

| **Case Number:** | 19-10059 VK | | **Trustee:** | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| **Case Name:** | AURORA FRIAS LEE-NELSON | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******8917 - Checking Account |
| **Taxpayer ID#:** | **-***2562 | | **Blanket Bond:** | $45,000,000.00 (per case limit) |
| **Period Ending:** | 06/09/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/22/21 | 1012 | Toyota Motor Credit Corporation c/o Becket and Lee LLP | Dividend of 72.614910276%, Claim No.00009. | 7200-000 | | 9,179.24 | 0.00 |

|  |  | Receipts | Disbursements |  |
| --- | --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 201,568.31 | 201,568.31 | $0.00 |
| Less: Bank Transfers | | 201,568.31 | 0.00 | |
| **Subtotal** | | 0.00 | 201,568.31 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$201,568.31** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******6084** | 161,818.31 | 0.00 | 0.00 |
| **Checking # ******6175** | 39,750.00 | 0.00 | 0.00 |
| **Checking # ******8917** | 0.00 | 201,568.31 | 0.00 |
| | $201,568.31 | $201,568.31 | $0.00 |